# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| TOBY JONES, | ) | NO. ED CV 15-02350-CAS (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JOSIE GASTELO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 18, 2016

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE